**DISMISS; Opinion Filed January 23, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01174-CV

---

## IZZY ASHKENZAY, Appellant
## V.
## LSREF2 CLOVER REO2, LLC, Appellee

---

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-04618

---

## OPINION

Before Justices Lang-Miers, Myers and Lewis
Opinion by Justice Myers

Before the Court is appellant's January 16, 2013 unopposed motion to dismiss appeal.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


_____
LANA MYERS
JUSTICE

121174F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Izzy Ashkenzay, Appellant

No. 05-12-01174-CV      V.

LSREF2 Clover REO2, LLC, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-04618.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee LSREF2 Clover REO2, LLC recover its costs of this appeal from appellant Izzy Ashkenzay.

Judgment entered this January 23, 2013.

_____
LANA MYERS
JUSTICE